| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CASBN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN STRETCH (CSBN 163973)<br>Chief, Criminal Division |
| 4 | THOMAS M. O'CONNELL (NYSBN 1801950)<br>Assistant United States Attorney |
| 5 | |
| 6 | 150 Almaden Blvd., Suite 900<br>San Jose, California 95113<br>Telephone: (408) 535-5053 |
| 7 | FAX: (408) 535-5066<br>Thomas.M.OConnell@usdoj.gov |
| 8 | |
|  | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 08 - 00818 - JW |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [PROPOSED]<br>ORDER EXCLUDING TIME |
| MICHAEL JOHN ROLLERSON, | ) | |
| Defendants. | ) | SAN JOSE VENUE |

On February 23, 2009, the parties in this case appeared before the Court for status conference. At that time, the defendant pled guilty, without the benefit of a plea agreement, to Count One of the indictment. Sentencing was set for May 11, 2009. The parties then jointly requested that Counts Two though Six be continued for status until the same date, May 11, 2009, which request was granted. In addition, the parties stipulated to exclusions of time under the Speedy Trial Act. The basis of this request was the defendant's need for effective preparation of counsel. The parties therefore agree and stipulate that an exclusion of time is appropriate.

STIPULATION AND [PROPOSED] ORDER
NO. 09-00818-JW                                        1

| | | |
|---|---|---|
| 1 | SO STIPULATED: | JOSEPH P. RUSSONIELLO |
| 2 | | United States Attorney |

DATED: 3/17/09  _____/s/_____
THOMAS M. O'CONNELL
Assistant United States Attorney

DATED: 3/17/09  _____/s/_____
CYNTHIA LIE
Counsel for ROLLERSON

Accordingly, for good cause shown, the Court HEREBY ORDERS that time is excluded under the Speedy Trial Act from February 23, 2009 to May 11, 2009.  The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the interest of the public and the defendant in a speedy trial.  The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

SO ORDERED.

DATED: March 23, 2009  _____
JAMES WARE
United States District Judge

STIPULATION AND [PROPOSED] ORDER
NO. 09-00818-JW                    2